IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ORVILLE W. MURPHY,**

   Plaintiff,

v.                                                        No. CIV 09-0907 MV/LAM

**WARDEN TERRY, ET AL.,**

   Defendants.

## ORDER

**THIS MATTER** is before the Court on Plaintiff's *Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Doc. 1)*. Plaintiff is incarcerated as an alien detainee. *See Order (Doc. 7)*. He appears *pro se* and is proceeding *in forma pauperis*. The complaint alleges that Plaintiff has been unreasonably strip-searched, his food is prepared in violation of his religious beliefs, and he is not allowed to practice his religion. *Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Doc. 1)* at 1-3, 8-9. Plaintiff asserts that these actions have violated his constitutional rights. *Id.* His allegations against the named Defendants survive initial scrutiny under Fed. R. Civ. P. 12(b)(6) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007) (requiring that a complaint contain "enough facts to state a claim to relief that is plausible on its face.").

**IT IS THEREFORE ORDERED** that the Clerk is directed to issue notice and waiver of service forms, with copies of the complaint, for Defendants Terry and Frawner.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**